UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States of America

        v.                                    Civil No. 10-cr-85-01-SM

Beatrice Munyenyezi


O R D E R


    On September 17, 2010, a telephone conference was held

to discuss the defendant's Motion to Compel Discovery (Doc.

No. 14) and the government's proposed Protective Order

(Doc. No. 16).  Attorney Mark Howard appeared for the

defendant, and attorneys Aloke Chakravarty and Jeffrey

Auerhahn appeared for the government.

    The parties shall file on or before September 24,

2010, a joint proposed protective order. If the parties are

unable to agree on the terms of a joint protective order, a

hearing on Doc. No. 14 shall be scheduled during the

following week.  Prior to any such hearing, the parties

shall file a joint document outlining for the court the

precise areas of agreement and disagreement.

        The court grants the government's Motion for Leave to

File Response Under Seal (Doc. No. 17).

        SO ORDERED.

                                 _____
                                 Landya B. McCafferty
                                 United States Magistrate Judge

Dated:   September 20, 2010

cc:   David W. Ruoff, Esq.
      Mark E. Howard, Esq.
      Aloke S. Chakravarty, Esq.
      Jeffrey Auerhahn, Esq.