# 10-cr-85-01-SM; USA v. Beatrice Munyenyezi

# JURY QUESTION No. 2

Date: 3/13/2012   Time: 2:35pm

Your Honor,

Could you please clarify a question from your instructions. We have questions on the instructions p. 20 last paragraph and p. 30 letter "C".