UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.                              Case No. 10-cr-85-01-SM

<u>Beatrice Munyenyezi</u>,
    Defendant

## O R D E R

Defendant Munyenyezi's motion to continue the final pretrial conference and trial is granted (document no. 153). Trial has been rescheduled for the month of September 2012. Defendant Munyenyezi shall file a waiver of speedy trial rights not later than May 7, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for August 30, 2012 at 11:00 a.m.

```
     Jury selection will take place on September 10, 2012 at
```
9:30 a.m.

```
     SO ORDERED.
```

                                            Steven J. McAuliffe
                                            U.S. District Judge

April 30, 2012

cc:    David Ruoff, Esq.
       Mark Howard, Esq.
       John Capin, AUSA
       Aloke Charavarty, AUSA
       U.S. Marshal
       U.S. Probation